United States District Court
Southern District of Texas
**ENTERED**
March 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

AMY WARNER, §
§
  Plaintiff, §
V. § CIVIL ACTION NO. 2:25-CV-00040
§
CITY OF CORPUS CHRISTI POLICE §
DEPARTMENT, §
§
  Defendant. §

### ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Jason Libby's Memorandum and Recommendation

("M&R"). (D.E. 31). The M&R recommends that the Court dismiss Plaintiff's remaining claims

for failure to state a claim. *Id.* at 13.

The parties were provided proper notice of, and the opportunity to object to, the Magistrate

Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No

objection has been filed. When no timely objection has been filed, the district court need only

determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United*

*States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan*

*Servicing, L.P.*, No. 4:14-CV-02700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015) (Harmon,

J.) (citation omitted).

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings

of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous

or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 31). Accordingly, the Court

**DISMISSES** Plaintiff's remaining claims for failure to state a claim. The Court **DENIES as moot**

any other pending motions. The Court will enter final judgment separately.

1 / 2

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
       March 20th, 2026